**Earl Wayne WYATT, Plaintiff–Appellant,**

v.

**Cal A. TERHUNE; Suzan Hubbard, Warden, Defendants–Appellees.**

No. 00–16568.

United States Court of Appeals, Ninth Circuit.

Dec. 31, 2002.

Earl Wayne Wyatt, Ione, CA, Grace Won, Esq., Farella, Braun and Martel, San Francisco, CA, for Plaintiff–Appellant.

Kathleen E. Gnekow, Esq., Paul A. Bernardino, Esq., Sacramento, CA, for Defendant–Appellee.

Before BRIGHT,* B. FLETCHER and FISHER, Circuit Judges.

### ORDER

The panel has voted to deny appellee's petition for rehearing en banc, received October 8, 2002 and filed November 27, 2002.

The full court has been advised of the suggestion for rehearing en banc and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35.

The petition for rehearing en banc, received October 8, 2002 and filed November 27, 2002, is DENIED.

The opinion filed September 23, 2002, and published at 305 F.3d 1033 (9th Cir. 2002), is WITHDRAWN.